IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEITH S. GARY,

    Petitioner,

v.

                                            Case No. 19-cv-141-wmc

HUGH J. HURWITZ,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this petition for writ of habeas corpus under 28 U.S.C. § 2241 as moot.

| /s/ | 2/26/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |